U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 2 0 2019
CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| NICHOLAS ALBRACHT | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:19-CV-72-Z-BR |
| | § | |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA | § | |
| | § | |
| Defendant. | § | |

## ORDER

On December 2, 2019, the United States Magistrate Judge entered supplemental findings, conclusions, and recommendation on Defendant's Motion to Dismiss. ECF No. 22. The Magistrate Judge RECOMMENDS that the Motion to Dismiss be DENIED without prejudice as moot. The Magistrate Judge also recommends that the findings, conclusions, and recommendation issued on November 20, 2019 (ECF No. 20) be remanded. Neither Plaintiff nor Defendant filed objections to the supplemental findings, conclusions, and recommendation.

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the Magistrate Judge, the Court concludes that the findings and conclusions are correct. It is therefore ORDERED that the supplemental findings, conclusions, and recommendation of the Magistrate Judge are ADOPTED, and the Motion to Dismiss is DENIED without prejudice as moot. The Court remands the findings, conclusions, and recommendation issued on November 20, 2019 (ECF No. 20) to the Magistrate Judge.

**SO ORDERED.**

December 20, 2019

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE